# EXHIBIT 1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS BROWN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 07-CV-07895-DAB |
| vs. | ) ) | |
| CHINA SUNERGY CO., Ltd., TINGXIU LU, JIANHUA ZHAO, JAMES SHAOFENG QI, GUANGYOU YIN, FENGMING ZHANG, SHILIANG GUO, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; COWEN & CO., LLC AND JEFFERIES & CO., INC. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ADEL SESHTAWAY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff | ) | CASE NO. 07-cv-08656-DAB |
| vs. | ) ) | |
| CHINA SUNERGY CO., LTD., TINGXIU LU JIANHUA ZHAO, JAMES SHAOFENG QI GUANGYOU YIN, FENGMING ZHANG, SHILIANG GUO, MERRILL LYNCH, PIERCE FENNER & SMITH, INC., COWEN AND COMPANY, LLC., and JEFFERIES & COMPANY, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANTHONY GIOMBETTI, individually, ANTHONY GIOMBETTI and DON VANDENHEUVAL, on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 07-cv-09689-UA |
| vs. | ) ) | |
| CHINA SUNERGY CO., LTD., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF WILLIAM B. FEDERMAN

I, William B. Federman, declare under penalty of perjury as follows:

1.    I am an attorney duly admitted to the Bars of the State of Oklahoma and the United States District Court for the Southern District of New York.  I am a member of the law firm of Federman & Sherwood, counsel for Lin, Ko-Ming ("Movant" or "Lin") in the above referenced action.

2.    I submit this Declaration in support of Movant Lin's motion for an order pursuant to Fed. R. Civ. P. 42(a) and §27(a)(3)(B) of the Securities Act of 1933 (the "1933 Act" or the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSRLA"), (a) consolidating the above-captioned securities class actions; (b) appointing Movant Lin as Lead Plaintiff in such actions and in any related action; and (c) approving Movant's selection of Federman & Sherwood as Lead Counsel.

3.    Attached hereto as Exhibit A is a true and correct copy of the PSLRA certification form signed by Movant Lin pursuant to §27(a)(2)(A) of the 1933 Act.

4.    Attached hereto as Exhibit B is the Securities Act loss analysis for Movant Lin.

5.    Attached hereto as Exhibit C is a copy of the notice disseminated by Kahn Gauthier Swick, LLC, over *Market Wire*, informing class members of the pendency of the first filed securities class action and their right to file a motion for appointment as Lead Plaintiff.

6.    Attached hereto as Exhibit D is a copy of the firm resume of Federman & Sherwood.

2

I declare under penalty of perjury that the foregoing is true and correct, this 9th day of November, 2007.

William B. Federman

# EXHIBIT A

Plaintiffs Certification of Investment of
China Sunergy Co. Ltd. [NASDAQ: CSUN]

I, LIN, KO-MING_____, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I have reviewed the Complaint in this action and authorize the filing of this Certification.

2.    If chosen, I am willing to serve as a representative party on behalf of the class (the    lass? as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3.    Plaintiff    transaction in China Sunergy Co. Ltd. [NASDAQ: CSUN] security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | IF SOLD, # OF SHARES SOLD | DATE SOLD (if applicable) |
|---|---|---|---|---|
| 2,500 | Jul. 16, 07 | $ 13.15 | | |
| 2,000 | Jul. 20, 07 | $ 12.18 | | |
| 2,000 | Jul. 24, 07 | $ 12.00 | | |
| 4,000 | Jul. 25, 07 | $ 11.40 | | |
| 4,000 | Aug. 03, 07 | $ 9.98 | | |

(continue on blank piece of paper, if necessary)

4.    I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5.    During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6.    I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 14 day of SEPTEMBER, 2007.

林克明 K.M. Lin

_____                 _____
Signature                                                Address

林克明 LIN, KO-MING
_____                 _____
Name      (please print)                          City              State              Zip

_____                 _____
Telephone Number                                E-Mail Address

Return to:
William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560/Fax (405) 239-2112
Email: wfederman@aol.com
Website: www.federmanlaw.com

| # Shares Purchased | Date Purchased | Price per Share | If Sold, # of Shares Sold | Date Sold |
|---|---|---|---|---|
| 4,000 | Aug. 20, 2007 | $7.25 | | |
| 500 | Aug. 21, 2007 | $7.65 | | |
| Total: 19,000 Shares | Total: $199,580.00 (not included broker fee charge) | | | |

林克明 K. M. Lin

林克明 LIN, KO-MING

# EXHIBIT B

**SECURITIES ACT SECTION 11**
**LOSS ANALYSIS FOR LIN KO-MING**

| <u>Date</u> | Securities<br>Transaction | Number<br>of Shares | Price | Transaction<br>Amount |
|---|---|---|---|---|
| 7/6/07 | CSUN Buy | 2500 | $11.00* | $27,500 |
| 7/20/07 | CSUN Buy | 2000 | $11.00* | 22,000 |
| 7/24/07 | CSUN Buy | 2000 | $11.00* | 22,000 |
| 7/25/07 | CSUN Buy | 4,000 | $11.00* | 44,000 |
| 8/3/07 | CSUN Buy | 4,000 | $ 9.98 | 39,920 |
| 8/20/07 | CSUN Buy | 4,000 | $ 7.25 | 29,000 |
| 8/21/07 | CSUN Buy | 500 | $ 7.65 | $ 3,825 |
| **TOTAL** | | **19,000** | | **$188,245** |
| Value of shares at closing price on 9/7/07, the date of the first filed lawsuit. | | 19,000 | $ 7.08 | $134,520 |
| | | | **LOSS:** | **$53,725** |

*Because the price paid for the securities exceeded the IPO price of $11.00 per share, the IPO price is used as the cost basis for the purpose of measuring losses. *See* 15 U.S.C. §77l(e).

# EXHIBIT C

Yahoo!  My Yahoo!  Mail    Make Y! your home page                Search:                                  Web Search

**YAHOO!**® FINANCE    **Sign In**        Finance Home - Help           marketwire
                       New User? Sign Up

**Welcome [Sign In]**                              To track stocks & more, Register

**Financial News**

                 Enter symbol(s)              Basic          Get  Symbol Lookup

**Press Release**                                    Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces Initial Filing of Securities Class Action Lawsuit Against China Sunergy Co. Ltd.

Monday September 10, 11:20 pm ET

NEW ORLEANS, LA--(MARKET WIRE)--Sep 10, 2007 -- Kahn Gauthier Swick, LLC ("KGS") has filed the first class action lawsuit against China Sunergy Co. Ltd. ("China Sunergy" or the "Company") (NasdaqGM:CSUN - News) in the United States District Court for the Southern District of New York, on behalf of shareholders who purchased the common stock of China Sunergy in connection with the Company's IPO on or about May 17, 2007, or who purchased shares thereafter in the open market. No class has yet been certified in this action.

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

China Sunergy, certain of its officers and directors, and the Company's underwriters are charged with including, or allowing the inclusion of, materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO, in violation of the Securities Act of 1933.

Particularly, the Complaint charges that China Sunergy raised over $107.52 million through the issuance of 9.775 million shares, despite the Registration Statement's false and misleading statements that the Company: (1) was a "leading manufacturer of solar cell products, as measured by production capacity" that was experiencing remarkable revenue growth; and (2) had secured a sufficient supply of polysilicon, a raw material necessary to the continued production of its solar cell products. Yet at the time of the IPO and unbeknownst to shareholders, the Registration Statement failed to disclose that China Sunergy was already having difficulty obtaining a sufficient supply of polysilicon, which foreseeably would have a near-term adverse impact on earnings.

On July 3, 2007, only weeks after the IPO, China Sunergy issued a press release announcing preliminary results for 2Q:07 well below guidance, and claimed that it could suddenly not obtain critical raw materials necessary for production and its revenue goals. The Company's press release stated that "the relatively tight supply of polysilicon affected the quality, quantity and delivery of wafers and drove up overall wafer prices in the spot market, resulting in increased pressure on China Sunergy's margins."

On this news, shares of China Sunergy fell nearly 25% in a single trading day, from a high of $14.90 on July 2, 2007, to a close of $11.28 the following day, on exceedingly high volume of 3.659 million shares. As the impact of China Sunergy's belated disclosures resonated in the market, shares of the Company continued to decline, to about $7.50 per share by August 23, 2007. Shares fell significantly lower days later, to below $5.00 per share -- on news that the Company's CFO was resigning -- after China Sunergy revealed a loss of at least $.14 per share for 2Q:07. In all, China Sunergy shares fell from $16.70 per share from the highs following the IPO, to a low of below $5.00 per share -- all within approximately 10 weeks.

If you wish to serve as lead plaintiff in this class action lawsuit, you must move the Court no later than November 9, 2007. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS Managing Partner Lewis Kahn, without obligation or cost to you, toll free 1-866-467-1400, ext. 100, or by email at lewis.kahn@kgscounsel.com. To learn more about this case or KGS, you may visit http://www.kgscounsel.com/case/case.asp?lngCaseId=5014. KGS focuses its practice on securities class action litigation, and has been appointed lead counsel in numerous federal securities class actions.

SPECIAL NOTICE: While federal law does not prohibit other lawyers from "announcing" this class action through the issuance of other press releases, KGS is the law firm that researched, investigated, drafted and filed the securities class action case against China Sunergy. If you are a China Sunergy shareholder who decides to contact one of these lawyers, KGS reminds you to fully interview any such lawyer to assure that he or she thoroughly understands the facts surrounding the substantive claims KGS has filed in Court. It is critically important that interested parties carefully evaluate any other firm that may be competing with KGS to prosecute the China Sunergy class action. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include its knowledge of applicable federal securities laws, the resources it will dedicate to prosecution of the case (including the number of lawyers the firm has available for the China Sunergy class action) AND especially the quality of the firm's work.

*Contact:*

```
Contact:
Lewis Kahn
Managing Partner
KGS
1-866-467-1400, ext. 100
lewis.kahn@kgscounsel.com
http://www.kgscounsel.com/case/case.asp?lngCaseId=5014
```

Source: Kahn Gauthier Swick, LLC

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

# EXHIBIT D

# FEDERMAN & SHERWOOD
### (An Association of Attorneys and Professional Corporations)

2926 MAPLE AVENUE
SUITE 200
DALLAS, TEXAS 75201
214-696-1100
FACSIMILE: 214-740-0112

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
405-235-1560
FACSIMILE: 405-239-2112

## FIRM RESUME

**WILLIAM B. FEDERMAN.** Born New York, New York, January 31, 1958; Admitted to practice: 1982, Oklahoma and U.S. District Court for the Western District of Oklahoma; 1983, District of Columbia, U.S. District Court for the Northern District of Oklahoma and U.S. Court of Appeals, Tenth Circuit; 1988, New York, U.S. District Court for the Eastern and Western Districts of Arkansas; 1990, U.S. District Court for the Southern District of New York; 1995, Texas; 1996, U.S. District Court for the Eastern District of Oklahoma; 1998, U.S. District Court for the Southern District of Texas; 1999, U.S. District Court for the Northern District of Texas, U.S. Court of Appeals, Federal Circuit; 2002, U.S. District Court of Colorado, U.S. District Court for the Eastern District of Texas; 2003, U.S. Court of Appeals, Second and Fourth Circuits, U.S. District Court for the Eastern District of New York; 2004, U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court, U.S. District Court for the Western District of Texas; 2006, U. S. Court of Appeals, First and Eleventh Circuits; U.S. District Court for the Northern District of Ohio; 2007, U.S. Court of Appeals, Third Circuit. Education: Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982). Phi Alpha Delta (Treasurer, 1980-1982). Publications: Author/Lecturer: "Litigation and Employment Law Update," Seminar presented by the Securities Industry Association, Compliance and Legal Division; "Derivative Actions and Protecting the Corporation; Critical Issues in Today's Banking," Seminar presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; "Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?," Seminar presented by the Oklahoma Bar Association; "The Attorney and Accountant as Targets in Failed Financial Institution Litigation," American Bar Association - Trial Practice Committee Mid-Year Meeting; "Effective Arbitration in the 1990's, Adapting to Build a Successful Practice," Seminar presented by the Oklahoma County Bar Association; "Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives," American Bar Association, Litigation Section Annual Meeting; "Stockbroker Litigation and Arbitration," Securities Arbitration Institute. Author: "Who's Minding the Store: The Corporate Attorney-Client Privilege," 52 O.B.J. 1244, 1981; "Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings," 11 Sec. Reg. L.J. 135, 1983; "Capitalism and Reality Meet in the Courts. . .Finally," 59 O.B.J. 3537, 1987. Member: Arbitration Panel, New York Stock Exchange, 1985; Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; American Inns of Court (Barrister and Master, 1990-1993, 2002-2004); inducted into the Outstanding Lawyers of America, 2003.

FEDERMAN & SHERWOOD
Page 2

**JOHN CHARLES SHERWOOD.** Born December 18, 1958, Dallas, Texas. Education: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). Areas of Practice: Litigation. Board Certified: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. Organizations: Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee). Licenses and Courts of Practices: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court. Papers Presented: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section, 1996 and 1998.

**STUART W. EMMONS.** Born Stillwater, Oklahoma, August 9, 1961. Education: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). Admitted to practice: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit, U.S. Court of Appeals, Fourth Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court. Member: Oklahoma County and Oklahoma Bar Associations; 1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma.

**BRIAN L. BRANDERT.** Born Des Moines, Iowa, August 6, 1966. Education: University of Central Oklahoma (B.A. 1989) (Psi Chi Psychology Honor Society, Phi Theta Kappa Honor Society, Dean's Honor Roll); University of Miami (M.A. 2004) (Tri-Beta Biological Honor Society); Oklahoma City University School of Law (J.D. 1993). Publication: *The Effect of Launch Debris from the Kennedy Space Center on the Surrounding Florida Coastal Environment,* Marine Lib. Stacks, MAF Report 2004 B73e, 2004. Admitted to practice: 1993, Texas; 1995, U. S. District Court for the Western District of Texas; 2005, U.S. District Court for the Northern District of Texas; 2006, U.S. District Court for the Western District of Oklahoma; 2007, Oklahoma.

**ALLISON B. WATERS.** Born Lufkin, Texas. Education: Texas A & M University (B.S.1990) (Phi Delta Phi); South Texas College of Law (J.D. 1995) (Assistant Editor, South Texas Law Review, 1994-1995); Publication: *City Planners Must Bear the Burden of Rough Proportionality in Exactions and Land Use Regulation, Dolan v. City of Tigard,* 114 S. Ct. 2309 (1994), S. Tex. L. Rev. 267, 1996; Admitted to practice: 1996, Texas; 2001, U.S. District Court for the Southern District of Texas; 2006, Fifth Circuit Court of Appeals.

FEDERMAN & SHERWOOD
Page 3

**JENNIFER F. SHERRILL.** Born Fort Smith, Arkansas. Education: Hendrix College (B.A. 1996); University of Arkansas, Plant Pathology (M.S. 1998); University of Tulsa, College of Law (J.D. 2002, Highest Honors) (Order of the Curule Chair and Outstanding Law Student Award). Admitted to practice: 2003, Oklahoma and U.S. District Court for the Northern District of Oklahoma; 2003, U.S. District Courts for the Northern, Eastern and Southern Districts of Texas. Member: Oklahoma Bar Association. Publication: *An Inter- and Intra-Species Variation in Colletotrichum and Mechanisms Which Affect Population Structure, In Collectotrichum: Host Specificity, Pathology, and Host-Pathogen Interaction.* Languages: German.

**SARA E. COLLIER.** Born Hampton, Virginia. Education: Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D. 2004). Admitted to practice: 2005, Oklahoma; 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas. Member: Oklahoma Bar Association, American Bar Association, American Trial Lawyers' Association. Languages: French.

**NICHOLAS G. FARHA.** Born Oklahoma City, Oklahoma, September 4, 1979. Education: University of Antwerpen, Antwerpen, Belgium, International Exchange Program (2001); University of Oklahoma (B.A., cum laude, 2002) (Dean's Honor Roll, National Society of Collegiate Scholars, Golden Key National Honor Society); University of Palermo, Buenos Aires, Argentina, International Summer Law Institute, 2004; Oklahoma City University School of Law (J.D. 2006) (Editor of Law Review, Merit Scholarship Recipient, Law Review Outstanding Service Award, Kerr-McGee Corporation Scholar; Dean's List, Phi Delta Phi International Legal Fraternity, Moot Court Competition). Admitted to Practice, 2006, Oklahoma, U.S. District Court for the Western District of Oklahoma; Languages: German.

**LINDA H. MCGUIRE.** Born Wichita, Kansas. Education: University of Oklahoma (B.A. with High Honors in Letters,1987) (Golden Key National Honor Society); University of Oklahoma College of Law (J.D. 1990) (Phi Delta Phi); Member: Oklahoma Criminal Uniform Jury Instruction Committee; Oklahoma Bar Association Bench and Bar Committee; Subcommittee of the Oklahoma Bar Association Bench and Bar Committee; Admitted to practice: 1990, Oklahoma, U.S. District Court for the Western District of Oklahoma; 2007, U.S. District Court for the Eastern District of Oklahoma, U.S. Court of Appeals for the Eighth Circuit; 1996-2006, Law Clerk to the Honorable Charles Johnson, Oklahoma Court of Criminal Appeals.

**OF COUNSEL:**

**RODNEY J. HEGGY.** Born St. Louis, Illinois, August 26, 1955; Education: Southeastern Oklahoma State University (1977); University of Louisiana (M.S., 1978); University of Houston (J.D., 1981). Professional Affiliations: Arbitrator/Neutral: American Arbitration Association, NYSE, Inc., and NASD Dispute Resolution, Inc. Affiliations: State Bar of Texas, 1981, Oklahoma Bar Association, 1982. Courts: United States District Courts for the Western, 1982, Eastern, 1996, and Northern Districts of Oklahoma, 1987, Northern and Southern Districts of Texas, 2002, United States Courts of Appeals for the Eighth, 1994, and Tenth, 1984, Circuits. Member: International Association of Defense Counsel, Defense

**FEDERMAN & SHERWOOD**
**Page 4**

Research Institute, Oklahoma Association of Defense Counsel. Public Office: Banner Public Schools, Board of Education, I-31, 2000 - , President, 2002 – . <u>Publications</u>: "*The Trial Lawyers Purgatory; the Document Depository in Complex Litigation*" (BRS, 1990); "*Oklahoma Toxic Torts Law: Elements, Standards for Evaluating Proof, and Suggestions for Practitioners*" (NBI, 1992); "*Environmental Law for Business and Lenders: Litigation Prevention and Avoidance, Insurance Coverage and Standards for Evaluation of Proof*" (Oklahoma City University, 1992); "*Using, Drafting and Enforcing Arbitration Clauses*" (Oklahoma Bar Association, 1992); *Ethical Considerations in Insurance Coverage Claims, Insurance Coverage Law in Oklahoma* (NBI 1997); *Extra-Contractual Insurance Claims Liability-Bad Faith-Part II, Insurance Coverage Law in Oklahoma* (NBI 1997); *Employee Misconduct and Workplace Torts* (SES 2003); *Mandatory Arbitration of Employment Law Claims* (SES 2003).

**ANN H. WASHBURN.** Born Arkansas City, Kansas, September 12, 1955. Ms. Washburn received a B.A. degree from the University of Texas (1984) and her J.D. from Southern Methodist University (1988). She is a member of the Texas and New Mexico Bar Associations; Dallas Trial Lawyers Association; 1990, U. S. District Court, Northern District Texas; 1991, U.S. District Court, Western District Texas; 1994, U.S. Court of Appeals, Fifth Circuit; 1998, U.S. Court of Appeals, Tenth Circuit and U. S. Supreme Court.

**PARALEGALS:**

**NANCY G. BEATTY.** Ms. Beatty has over twenty (20) years of legal experience. She primarily works on coordinating and administrating of class action product liability and other complex litigation. Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**BRENDA D. RADFORD.** Ms. Radford has been a litigation paralegal for approximately 14 years. She has worked on several high profile cases in Washington, DC, and was the sole paralegal in a wrongful death case which resulted in a $98 million dollar jury verdict. Ms. Radford has a wide range of litigation experience in the area of wrongful death, having worked the synthetic stucco cases against Toll Brothers in Virginia and a $240 million dollar fraudulent oil contracts case against Deutsche Bank.

**TERRY A. HULL.** Mr. Hull provides in-depth expertise in online research and data development. Mr. Hull had been the Managing Editor of a daily newspaper with circulation of over 26,000. He holds both a Bachelor of Arts and a Master of Arts degree.

**K. LYNN NUNN.** Ms. Nunn has worked in the legal field in Oklahoma City since 1983, following her work in the securities and insurance industry, where she held several licenses. Ms. Nunn primarily works on securities and class action litigation, as well as providing technology support for the firm.

FEDERMAN & SHERWOOD
Page 5

**SHARON J. KING.** Ms. King has worked in the legal community for over five (5) years, after having worked in the securities and insurance industry for over ten (10) years. She primarily works on insurance bad faith, personal injury, wrongful death and civil litigation.

**DIANNA J. BLEA.** Ms. Blea received legal certification from City College, in Norman, Oklahoma in 1993. Since that time, she has worked continuously in the legal field, with an emphasis in commercial litigation. Her primary focus is assisting with a variety of civil litigation cases.

**A. BROOKE MURPHY.** Ms. Murphy graduated Summa Cum Laude from Oklahoma City University, where she received her Bachelor of Arts degree. She was awarded the Robert L. Jones Outstanding Senior Paper Award and the Women's Leadership Award from the School of Religion. Ms. Murphy served on various university organizations and was recognized in the National Dean's List and in Who's Who in American Colleges and Universities. Ms. Murphy works in litigation and trial support.

**FRAN V. SHOALS.** Ms. Shoals has worked in the legal community for over fifteen (15) years. Her primary focus is on securities and civil litigation.

## SELECT CASES WHERE FEDERMAN & SHERWOOD
## HAVE SERVED OR ARE SERVING AS LEAD OR CO-LEAD COUNSEL

1. **DERIVATIVE**

| | COURT |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| Alloy, Inc. | USDC Southern District of New York |
| Americredit Corporation | USDC Northern District of Texas |
| AmeriVision Communications Inc. | District Court of Oklahoma County, Oklahoma |
| Asconi Corporation | USDC Middle District of Florida |
| Astea International, Inc. | USDC Eastern District of Pennsylvania |
| Barnes & Noble, Inc. | USDC Southern District of New York |
| Brocade Communications Systems, Inc. | USDC Northern District of California |
| Carreker Corp. | USDC Northern District of Texas |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court - Delaware |
| Computer Associates | USDC Eastern District of New York |
| Diebold, Inc. | USDC Northern District of Ohio |
| Doral Financial Corporation | USDC Southern District of New York |
| First BanCorp. | USDC District of Puerto Rico |
| Host America Corporation | USDC District of Connecticut |
| Mills Corporation | USDC Eastern District of Virginia |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCare Holdings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| Xethanol Corporation | USDC Southern District of New York |
| Zix Corporation | USDC Northern District of Texas |

2. **SECURITIES**

| | |
|---|---|
| ATEC Group, Inc. | USDC Eastern District of New York |
| Bodisen Biotech, Inc. | USDC Southern District of New York |
| Commercial Consolidators Corp. | USDC Southern District of Florida |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| Nesco, Inc. | USDC Northern District of Oklahoma |
| NVE Corporation | USDC District of Minnesota |
| Par Pharmaceutical, Inc. | USDC District of New Jersey |
| SAC Capital Mgmt./Biovail Corporation | USDC District of New Jersey |
| Secure Computing Corporation | USDC Northern District of California |
| St. Jude Medical, Inc. | USDC District of Minnesota |
| Superconductor Technologies, Inc. | USDC Central District of California |
| Thoratec Corporation | USDC Northern District of California |
| Trico Marine Services, Inc. | USDC Eastern District of Louisiana |
| Unistar Financial Service Corp. | USDC Northern District of Texas |

3. **MDL PROCEEDINGS**

| | |
|---|---|
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma (Judicial Panel on MDL) |

4. **ERISA**

| | |
|---|---|
| Winn-Dixie Stores | USDC Middle District of Florida |