**Judge    Batts**