SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY GIOMBETTI and DON VANDENHEUVAL, Individually And On Behalf Of All Others Similarly Situated,

          Plaintiffs,

- against -

CHINA SUNERGY CO. LTD.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 07-cv-09689 (DAB)

**NOTICE OF APPEARANCE**

    Please take notice that Lea Haber Kuck (LK-5556), of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters her appearance as counsel in the above-captioned action on behalf of defendant China Sunergy Co., Ltd., and requests that she be served with all future filings.

Dated: January 22, 2008

                                      /s/ Lea Haber Kuck
                                      Lea Haber Kuck (LK5556)
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, NY 10036
                                      Tel: (212) 735-3000
                                      Fax: (212) 735-2000

*Of Counsel*:
Frances P. Kao
Donna L. McDevitt
Ryan A. Horning
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
33 West Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0729
Fax: (312) 407-0411

**Attorneys for Defendant China Sunergy Co., Ltd.**