UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY GIOMBETTI and DON
VANDENHEUVAL, Individually And
On Behalf Of All Others Similarly Situated,

                     Plaintiffs,

- against -

CHINA SUNERGY CO. LTD.,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 07-cv-09689 (DAB)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant China Sunergy Co., Ltd.'s time to answer, move or otherwise respond to the Complaint shall be extended through and including thirty days from the date that the Court appoints lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

Dated: New York, New York
       January 17, 2008

*/s/ David A. Rosenfeld*

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN, STOIA, GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

*Attorneys for Plaintiffs*

*/s/ Lea Haber Kuck*

Lea Haber Kuck (Bar No. LK5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

*Of Counsel*:
Frances P. Kao
Donna L. McDevitt
Ryan A. Horning
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
333 West Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411

*Attorneys for Defendant*
*China Sunergy Co., Ltd.*

SO ORDERED:

*/s/ Deborah A. Batts*

HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2